IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSHAWN MATTHEWS | : | CIVIL ACTION |
| v. | : | |
| TABB BICKELL, et al. | : | No. 14-CV-1021 |

**O R D E R**

AND NOW, this 7th day of January, 2015, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend his petition for a writ of *habeas corpus* (Doc. #16) is DENIED. The issues Petitioner seeks to add to the petition were previously raised in his memorandum in support of his *habeas* petition and were addressed in the report and recommendation.

2. Alternatively, I have considered the claims as if they were raised as objections and conclude that each was correctly resolved by United States Magistrate Judge Timothy R. Rice in his report and recommendation. Thus, the objections are DENIED.

3. The report and recommendation is APPROVED and ADOPTED.

4. The petition for a writ of *habeas corpus* is DENIED WITH PREJUDICE.

5. There is no probable cause to issue a certificate of appealability.

6. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.