IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RUSHAWN MATTHEWS       :      CIVIL ACTION
                        :
      v.              :
                        :
TABB BICKELL, et al.       :      No. 14-CV-1021

## O R D E R

AND NOW, this 20th day of July, 2015, due to Petitioner's failure to file objections to the Report and Recommendation of United States Magistrate Judge Timothy R. Rice,[1]

**I HEREBY ORDER** that:

1.     The report and recommendation is **APPROVED and ADOPTED**.

2.     The petition for a writ of *habeas corpus* is **DENIED WITH PREJUDICE**.

3.     There is no probable cause to issue a certificate of appealability.

4.     The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.

---

[1] On February 10, 2015, I directed the Clerk of Court to provide Petitioner with a copy of the Report and Recommendation filed by Judge Rice on December 5, 2014. Petitioner was given 14 days from the date of service to file written objections. On March 9, 2015, I granted Petitioner's motion for an extension of time to file objections and provided him with an additional 60 days, or until May 8, 2015, to file written objections. As of this date, Petitioner has not filed objections or any other correspondence with the court since his February 25, 2015, motion for an extension of time.